PC SCAN

FILED
4/10/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
JKS

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

Fred F. Perez
        plaintiff

VS.

Home Depot Corp etal.,

Case No. 24-CV-08123

Judge:
Lindsay C. Jenkins

## MOTION FOR JUDGEMENT AS A MATTER OF LAW

NOW COMES the plaintiff Fred F. Perez pro se, and timely files his motion as a matter of law, to amend or make additional fact findings, to alter or amend the judgement. Plaintiff feels that the district court granted summary judgement without looking closely enough at the record to see that there were genuine material factual disputes. Jamison-Bey V. Thieret, 867 F.2d 1046,1047-48 (7th Cir 1989) Pursuant to Fed R. Civ.P. Rule 50(b) 52(b) or 59(e)

second the, plaintiff, Fred F. Perez feels the district court's actions have denied, the pro se plaintiff a fair opportunity to be heard. Hernandez v. Whiting, 881 F.2d 768, 770-71 (9th Cir. 1989)

For the reasons aforementioned above, the plaintiff files this motion.

Respectfully Submitted,

Fred F. Perez

Fred J. Perez
K78591
SHAWNEE C.C.,
6665 State Route 146E.
Vienna Il 62995

IN THE

UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Fred F. Perez

Plaintiff/Petitioner

Vs.                                           No. 24-CV-08123

Home Depot corpetal.

Defendant/Respondent

## PROOF OF SERVICE

TO: PARSKY & GALLOWAW          TO: Clerk of the Court
120 N. Lasalle st                  219 S. Dear Born
Chicago, IL 60602                  Chicago, IL 60604
Att: Pat C. Cahill

PLEASE TAKE NOTICE that at 12:30 AM/PM Friday April, 2026 I
placed the documents listed below in the institutional mail at SHAWNEE Corr Ctr.
Correctional Center, properly addressed to the parties listed above for mailing through the
United States Postal Service. Applying "mailbox rule"

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS ILCS 5/1-109 I declare, under penalty of
perjury that I am a named party in the above action, that I have read the above documents,
and that the information contained therein is true and correct to the best of my knowledge.

DATED: 4-10-26                     /s/ Fred F. Perez
                                   Name: Fred F. Perez
                                   IDOC# K78591
                                   SHAWNEE          Correctional Ctr.
                                   6665 State route 146B
                                   Vienna          , IL 62995